IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| KINNEY ROBINSON, Individually and as Personal Representative of the Estate of Kaleigh Robinson and John Robinson, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GENERAL MOTORS CORPORATION et al., | ) ) ) | |
| Defendants. | ) ) | Civil Action No. 1:08-CV-101-C ECF |

## ORDER

The Court having considered Plaintiff's Motion for Leave to File Reply to Defendant's Response to Motion to Remand, filed October 10, 2008, is of the opinion that the same should be **DENIED** for failing to comply with Local Rule 7.1, which requires a certificate of conference.

SO ORDERED.

Dated October 14, 2008.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT